Dan L. Longo (SBN 105988)
  dlongo@murchisonlaw.com
Ellen M. Tipping (SBN 155985)
  etipping@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
18201 Von Karman Avenue, Suite 1100
Irvine, California 92612-1077
Telephone: (714) 972-9977
Facsimile: (714) 972-1404

Attorneys for Defendant, CHILDREN LEARNING CENTERS (erroneously sued as CHILDREN'S LEARNING CENTER)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| THOMAS SCOTT, | CASE NO. 2:12-CV-10797 RGK-CWx |
| Plaintiff, | [~~PROPOSED~~] **JUDGMENT IN FAVOR OF CHILDREN'S LEARNING CENTER** |
| vs. | |
| CHILDREN'S LEARNING CENTER and DOES 1-10, Inclusive, | Hon. Judge Klausner<br>Courtroom 850 |
| Defendants. | |

The Court, having considered the Motion for Summary Judgment filed by Defendant CHILDREN LEARNING CENTERS, as well as the briefing, separate statements of uncontroverted facts, and supporting evidence filed by both defendant and plaintiff; and pursuant to the Minute Order issued by this Court on December 3, 2013 (a copy of which is attached hereto as Exhibit "A"),

**IT IS HEREBY ORDERED:**

1.   Defendant's Motion for Summary Judgment is GRANTED in favor of defendant CHILDREN LEARNING CENTERS and against plaintiff THOMAS SCOTT on each of plaintiff's claims;

2. Defendant CHILDREN LEARNING CENTERS is entitled to Judgment of Dismissal with prejudice as to plaintiff's complaint as a matter of law;

3. Plaintiff THOMAS SCOTT's complaint is ordered dismissed with prejudice based on the Court's granting of summary judgment in favor of defendant and against plaintiff;

4. Plaintiff THOMAS SCOTT shall take nothing by way of his complaint against defendant CHILDREN LEARNING CENTERS, and defendant shall recover its costs of suit in an amount to be determined; and

5. The clerk of the Court is directed to enter this Judgment forthwith in favor of defendant CHILDREN LEARNING CENTERS and against plaintiff THOMAS SCOTT.

DATED: January 7. 2014

*Gary Klausner*

HON. R. GARY KLAUSNER
U.S. DISTRICT JUDGE

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is 18201 Von Karman Avenue, Suite 1100, Irvine, California 92612-1077.

On January 6, 2014, I served true copies of the following document(s) described as **[PROPOSED] JUDGMENT IN FAVOR OF CHILDREN'S LEARNING CENTER** on the interested parties in this action as follows:

### SEE ATTACHED LIST

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Murchison & Cumming's practice for collecting and processing correspondence for mailing. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one business day after the date of deposit for mailing in this declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 6, 2014, at Irvine, California.

Debra Fields

---
1
[PROPOSED] JUDGMENT IN FAVOR OF CHILDREN'S LEARNING CENTER

**SERVICE LIST**
**Thomas Scott v. Children's Learning Center**

| | |
|---|---|
| Ed K. Bassey, Esq.<br>309 South "A" Street<br>Oxnard, CA  93030<br>Telephone: 805-487-8689<br>Facsimile: 805-486-8868 | Counsel for Plaintiff<br>THOMAS SCOTT |